1  PHILLIP A. TALBERT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8
                     UNITED STATES DISTRICT COURT
9
                     EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,            | Case No. 1:24-po-00060-SAB
12 |              Plaintiff,              | [Citation #9337613 CA/74]
13 | v.
14 | BRIAN J. ANDERSON,                   | MOTION AND ORDER FOR DISMISSAL
15 |              Defendant.
16

17

18     The United States of America, by and through Phillip A. Talbert, United States Attorney, and
19 Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 1:24-po-00060-
20 SAB [Citation #9337613 CA/74] against BRIAN J. ANDERSON, without prejudice, in the interest of
21 justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.
22

23 DATED: September 4, 2024           Respectfully submitted,
24
                                     PHILLIP A. TALBERT
25                                   United States Attorney

                                By:  /s/ *Jeffrey A. Spivak*
26                                   JEFFREY A. SPIVAK
                                     Assistant United States Attorney
27

28
                                         1
                                                            U.S. v. Anderson
                                                            Case No. 1:24-po-00060-SAB

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:24-po-00060-SAB [Citation #9337613 CA/74] against BRIAN J. ANDERSON be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **September 4, 2024**

UNITED STATES MAGISTRATE JUDGE